IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:08CR00126(1) |
| | | Judge Walter H. Rice |
| Plaintiff | : | |
| v. | : | ORDER TO UNSEAL |
| JOSE JESUS VILLALBA | : | |
| Defendant | | |

Upon Motion of the United States and for good cause shown, the Motion to Seal, Order to Seal and Affidavit filed with the Complaint in this matter on August 6, 2008 be unsealed.

IT IS SO ORDERED.

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE